UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2014
DECEMBER 9, 2014 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14-00258
18 U.S.C. § 876(c)
18 U.S.C. § 871(a)

KELLY GERALD CROSBY

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

**(Mailing Threatening Communications)**

On or about September 8, 2014, at or near Holden, Logan County, West Virginia, and within the Southern District of West Virginia, defendant KELLY GERALD CROSBY did knowingly cause to be delivered by the Postal Service, according to the direction thereon, a communication addressed to an individual at the Logan County Courthouse, Logan County, West Virginia, containing threats to injure several persons of the addressee, to-wit: TH, MM, MB, EO, and JB.

In violation of Title 18, United States Code, Section 876(c).

COUNT TWO

(Mailing Threat to the President)

On or about September 8, 2014, at or near Holden, Logan County, West Virginia, and within the Southern District of West Virginia, defendant KELLY GERALD CROSBY did knowingly and willfully deposit and cause to be deposited for conveyance in the mail a letter, paper, writing, print, missive, and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States.

In violation of Title 18, United States Code, Section 871(a).

**COUNT THREE**

**(Mailing Threatening Communications)**

On or about September 22, 2014, at or near Holden, Logan County, West Virginia, and within the Southern District of West Virginia, defendant KELLY GERALD CROSBY did knowingly cause to be deposited in an authorized depository for mail matter, to be sent or delivered by the Postal Service, according to the direction thereon, a communication addressed to the Management and Employees of Logan Post Office, Logan County, West Virginia, and containing a threat to injure several persons of the addressee, and those persons were federal employees protected pursuant to Title 18, United States Code, Section 1114.

In violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

### (Mailing Threatening Communications)

On or about March 23, 2012, at or near Logan, Logan County, West Virginia, in the Southern District of West Virginia, defendant KELLY GERALD CROSBY did knowingly cause to be delivered by the Postal Service, according to the direction thereon, a communication addressed to VK, the Circuit Clerk of Logan County, West Virginia, said communication containing a threat to injure several persons of the addressee, to-wit: RP, DD1, DD2, BD, KB, and KK.

In violation of Title 18, United States Code, Section 876(c).

R. BOOTH GOODWIN II
United States Attorney

By: /s/ Timothy D. Boggess
Timothy D. Boggess
Assistant United States Attorney